UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOSSONAL KLEINFELDT,

    Plaintiff,

v.

Case No. 23-cv-11821
Hon. Matthew F. Leitman

NICOLE ALEXANDRA STERN,

    Defendant.
_____/

### ORDER DIRECTING PARTIES TO ATTEND MEDIATION WITH FORMER UNITED STATES MAGISTRATE JUDGE MONA MAJZOUB AND TERMINATING PENDING MOTION TO DISMISS (ECF No. 5) WITHOUT PREJUDICE

    On Wednesday, October 18, 2023, the Court held an on the record status conference with counsel in this action. For the reasons explained on the record, IT IS HEREBY ORDERED that the parties attend and participate in a mediation with former United States Magistrate Judge Mona Majzoub. Counsel shall work cooperatively with one another and with Judge Majzoub to schedule the mediation. IT IS FURTHER ORDERED that the pending motion to dismiss (ECF No. 5) is terminated without prejudice in light of the to-be-scheduled mediation. If this case does not settle at mediation, the Court will convene another status

1

conference and permit Defendant to renew the motion to dismiss. Defendant need not answer or otherwise respond to the Complaint until ordered to do so by the Court.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126